# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
## (San Francisco Division)

| | |
|---|---|
| FARMERS INSURANCE EXCHANGE,<br><br>    Plaintiff,<br><br>vs.<br><br>THE COCA-COLA COMPANY and DOES 1-50,<br><br>    Defendants. | CASE NO. C11-02042 MMC<br><br>**ORDER APPROVING**<br><br>**STIPULATION THAT BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED AND CONSOLIDATED PURSUANT TO FRCP RULE 42(a) AND LOCAL RULE 3-12 SHOULD BE GRANTED** |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record herein, that Defendant BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES' administrative motion to consider whether cases should be related and consolidated pursuant to Federal Rule of Civil Procedure Rule 42(a) and Local Rule 3-12 should be granted. The parties hereby stipulate that the following cases should be deemed related and reassigned to the Honorable Maxine M. Chesney:

| | |
|---|---|
| Earliest Filed Case/<br>Highest case number: | **Farmers Ins. Exchange v. Coca-Cola Co.**<br>**Case number: CV 11-02424 PJH** |
| First Related Case/<br>Lowest case number: | **Farmers Ins. Exchange v. Coca-Cola Co.**<br>**Case number: CV 11-02042 MMC** |
| Second Related Case: | **CNA Ins. Co. v. Coca-Cola Co.**<br>**Case Number: CV 11-02075 SBA** |
| Third Related Case: | **Abai Alemu v. Coca-Cola Co.**<br>**Case Number: CV 11-02323 WHA** |

**SO STIPULATED.**

                                              **ALPER & McCULLOCH**

DATED: June 23, 2011      By:    /s/ **DEAN ALPER**
                                                      DEAN ALPER
                                                      Attorneys for Plaintiff
                                                      FARMERS INSURANCE EXCHANGE

                                              **RIMAC MARTIN, P.C.**

DATED: June 23, 2011      By:    /s/ **ANNA M. MARTIN**
                                                        ANNA M. MARTIN
                                                       Attorney for Defendants
                                                       BCI COCA-COLA BOTTLING COMPANY OF
                                                       LOS ANGELES (improperly sued herein as THE
                                                       COCA-COLA COMPANY)

                                              **COZEN O'CONNOR**

DATED: June 23, 2011      By:    /s/ **DAVID BRISCO**
                                                        DAVID BRISCO
                                                       Attorneys for Plaintiff
                                                       CNA INSURANCE COMPANY

                                              **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER**

DATED: June 23, 2011      By:    /s/ **ERIC S. WONG**
                                                        ERIC S. WONG
                                                       Attorneys for Defendant
                                                       TRUE MANUFACTURING

                                              **LIBERSON & WOLFORD LLP**

DATED: June 23, 2011      By:    /s/ **JASON N. LIBERSON**
                                                        JASON LIBERSON
                                                       Attorneys for Plaintiffs
                                                       ABAI ALEMU and ZAFU BELETE

FARMERS v. COCA-COLA, ET AL.                      CASE NO.: C11-02042 MMC

**IT IS SO ORDERED**:  Specifically, the above-referenced four cases are related and consolidated.  In connection with the Initial Case Management Conference, the parties shall include in their Joint Case Management Statement a proposal for the filing of documents in said cases.

DATED:  June 23, 2011

*/s/ Maxine M. Chesney*
The Honorable Maxine M. Chesney
UNITED STATES DISTRICT JUDGE

**FARMERS v. COCA-COLA, ET AL.**                                             **CASE NO.: C11-02042 MMC**