IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CNA INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>THE COCA-COLA COMPANY,<br><br>    Defendant._____/ | No. C-11-2075 MMC<br><br>**ORDER DIRECTING DEFENDANT BCI COCA-COLA BOTTLING COMPANY TO SUBMIT CHAMBERS COPY OF NOTICE OF REMOVAL** |

On June 24, 2011, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the instant matter, the Court hereby DIRECTS defendant BCI Cola-Cola Bottling Company of Los Angeles, Inc. to submit forthwith a chambers copy of the Notice of Removal, filed April 27, 2011.

**IT IS SO ORDERED.**

Dated: July 5, 2011

_____
MAXINE M. CHESNEY
United States District Judge