1 | COZEN O'CONNOR
2 | DAVIS D. BRISCO, ESQ. - State Bar No. 238270
    501 West Broadway, Suite 1610
    San Diego, CA 92101
3 | Telephone: (619) 234-1700
    Facsimile: (619) 234-7831
4 |
5 | Attorney for Plaintiff
    CNA INSURANCE COMPANY
6 | **RIMAC MARTIN, P.C.**
    ANNA M. MARTIN - State Bar No. 154279
7 | WILLIAM REILLY - State Bar No. 177550
    MATTHEW HICKEY - State Bar No. 239364
8 | 1051 Divisadero Street
    San Francisco, California 94115
9 | Telephone (415) 561-8440
    Facsimile (415) 561-8430
10 | amartin@rimacmartin.com
11 | Attorneys for Defendants
     BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES, INC.
12 |
13 |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (San Francisco Division)

| | |
|---|---|
| CNA INSURANCE COMPANY, | CASE NO. C11-02075 MMC |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE |
| THE COCA-COLA COMPANY and DOES 1 to 50, inclusive, | AND ORDER THEREON |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys of record herein, that the Case Management Conference in this matter, currently scheduled for August 5, 2010 at 10:30 a.m., before the Honorable Maxine M. Chesney,

-1-

CNA v. COCA-COLA, ET AL.                                    CASE NO.: C11-02075 MMC

1  be continued for approximately 30 days.

2      Good cause exists for this continuance as counsel for BCI Coca-Cola Bottling Company
3  of Los Angeles will be out of the country during the time period originally scheduled for the Case
4  Management Conference.  Further, the parties involved in all consolidated matters have
5  stipulated to the continuance of the Case Management Conference in those matters.

6      Pursuant to local rules, this document is being electronically filed through the Court's
7  ECF System.  In this regard, counsel for defendant hereby attests that (1) the content of this
8  document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has
9  signed this document; and (3) the signed document is available for inspection upon request.

10      SO STIPULATED.

11                                    **COZEN O'CONNOR**

13
14  DATED: July 13, 2011        By:    /s/ **DAVIS BRISCO**
                                             DAVID BRISCO
                                             Attorneys for Plaintiff
15                                              CNA INSURANCE COMPANY

18                                  **RIMAC MARTIN, P.C.**

20
21  DATED:  July 13, 2011        By:    /s/ ANNA M. MARTIN
                                             ANNA M. MARTIN
22                                              BCI COCA-COLA BOTTLING COMPANY OF
                                             LOS ANGELES

24      IT IS SO ORDERED: Specifically, the Case Management Conference is continued from
25  August 5, 2011 to September 9, 2011.  A Joint Case Management Statement shall be filed no later than September 2, 2011.

27  DATED: ~~June 13, 2011~~    By:    _/s/ Maxine M. Chesney_
28          July 15, 2011                      The Honorable Maxine M. Chesney
                                             UNITED STATES DISTRICT JUDGE