1  **RIMAC MARTIN, P.C.**
   ANNA M. MARTIN - State Bar No. 154279
2  JOSEPH F. CHARLES - State Bar No. 228456
   1051 Divisadero Street
3  San Francisco, California 94115
   Telephone (415) 561-8440
4  Facsimile (415) 561-8430

5  Attorneys for Defendants
   BCI COCA-COLA BOTTLING COMPANY
6  OF LOS ANGELES (improperly sued as
   THE COCA-COLA COMPANY
7

8  **COZEN O'CONNOR**
   DAVID BRISCO, ESQ. - State Bar No. 238270
9  501 West Broadway, Suite 1610
   San Diego, CA 92101
10 Telephone (619) 234-1700
   Facsimile (619) 234-7831
11
   Attorneys for Plaintiff
12 CNA INSURANCE COMPANY

13

14                       UNITED STATES DISTRICT COURT

15                       NORTHERN DISTRICT OF CALIFORNIA

16                            SAN FRANCISCO DIVISION

17 | CNA INSURANCE COMPANY | Case No. CV 11-02075 ~~SBA~~ MMC |
   |---|---|
18 | Plaintiff, | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE; ORDER** |
   | vs. | |
19 | THE COCA-COLA COMPANY and DOES 1 to 50, inclusive, | **Fed.R.Civ.Proc. 41(a)** |
20 | | |
   | Defendants. | |
21

22
         IT IS HEREBY STIPULATED by and between the parties hereto, by and through their
23
   counsel of record herein, that the above-captioned action, which was consolidated with United
24
   States District Court, Northern District of California, Case No. CV 11-02323 by Court Order
25
   dated June 23, 2011, may be, and hereby is, dismissed with prejudice pursuant to Rule 41(a) of
26
   the Federal Rules of Civil Procedure.
27

28
                                              1
   NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE            Case No. CV 11-02075-SBA

1    The parties shall bear their own respective attorney fees and costs of suit.

2    **IT IS SO STIPULATED.**

3

4                                            **RIMAC MARTIN, P.C.**

5    DATED:  August 13, 2012        By:    /s/ ANNA M. MARTIN
                                            ANNA M. MARTIN
6                                            Attorneys for Defendant
                                            BCI COCA-COLA BOTTLING COMPANY OF
7                                            LOS ANGELES (improperly sued herein as THE
                                            COCA-COLA COMPANY)
8

9
                                            **COZEN O'CONNOR**
10

11   DATED:  August 13, 2012        By:    /s/ DAVID BRISCO
                                            DAVID BRISCO
12                                           Attorneys for Plaintiff
                                            CNA INSURANCE COMPANY
13

14

15   **PURSUANT TO STIPULATION, IT IS SO ORDERED**:

16   DATED: August  21 , 2012       By:    _[signature]_____
                                            UNITED STATES DISTRICT COURT JUDGE
17

18

...

28