**RIMAC MARTIN, P.C.**
ANNA M. MARTIN - State Bar No. 154279
JOSEPH F. CHARLES - State Bar No. 228456
1051 Divisadero Street
San Francisco, California 94115
Telephone (415) 561-8440
Facsimile (415) 561-8430

Attorneys for Defendants
BCI COCA-COLA BOTTLING COMPANY
OF LOS ANGELES (improperly sued as
THE COCA-COLA COMPANY

**COZEN O'CONNOR**
DAVID BRISCO, ESQ. - State Bar No. 238270
501 West Broadway, Suite 1610
San Diego, CA 92101
Telephone (619) 234-1700
Facsimile (619) 234-7831

Attorneys for Plaintiff
CNA INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CNA INSURANCE COMPANY<br><br>         Plaintiff,<br>   vs.<br><br>THE COCA-COLA COMPANY and DOES 1 to 50, inclusive,<br><br>         Defendants. | Case No. CV 11-02075 ~~SBA~~   MMC<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE; ORDER**<br><br>**Fed.R.Civ.Proc. 41(a)** |

IT IS HEREBY STIPULATED by and between the parties hereto, by and through their counsel of record herein, that the above-captioned action, which was consolidated with United States District Court, Northern District of California, Case No. CV 11-02323 by Court Order dated June 23, 2011, may be, and hereby is, dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

1 | The parties shall bear their own respective attorney fees and costs of suit.

2 | **IT IS SO STIPULATED.**

**RIMAC MARTIN, P.C.**

DATED: August 13, 2012        By:    /s/ **ANNA M. MARTIN**
ANNA M. MARTIN
Attorneys for Defendant
BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES (improperly sued herein as THE COCA-COLA COMPANY)

**COZEN O'CONNOR**

DATED: August 13, 2012        By:    /s/ **DAVID BRISCO**
DAVID BRISCO
Attorneys for Plaintiff
CNA INSURANCE COMPANY

**PURSUANT TO STIPULATION, IT IS SO ORDERED**:

DATED: August 21, 2012        By: _____
UNITED STATES DISTRICT COURT JUDGE